*William F. Bleakley, David C. Bennett, Lewis F. X. Cotignola* and *George Q. Slocum* for appellant.

*James H. Black, Harold E. Herrick* and *Frank Sowers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

HARRY A. SHEAN, Respondent, *v.* RUDOLPH R. LOENING, ·Appellant.

Argued May 23, 1951; decided July 11, 1951.

*Lewis F. X. Cotignola* and *David C. Bennett* for appellant.

*Charles E. Lapp, Jr.,* and *James M. O'Connell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

ALICE E. PITTS, Appellant, *v.* JOSEPH D. McGOLDRICK, State Rent Administrator, as Temporary State Housing Rent Commission, Respondent.

Argued May 28, 1951; decided July 11, 1951.